# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CV 78

| | |
|---|---|
| NATIONAL ALLIANCE FOR ACCESSIBILITY, INC. and DENISE PAYNE, Individually, | ) ) ) ) |
| Plaintiffs | ) ) |
| V | ) ) |
| SOUTH ASHEVILLE HOTEL ASSOCIATES, LLC, a North Carolina Liability Company, | ) ) ) ) ) |
| Defendant | ) |

**ORDER**

**THIS MATTER** is before the court on Nicholas J. Sanservino, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Lawrence A. Fuller. It appearing that Lawrence A. Fuller is a member in good standing with the Florida Bar and will be appearing with Nicholas J. Sanservino, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Nicholas J. Sanservino, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#4) of Lawrence A. Fuller is **GRANTED**, and that Lawrence A. Fuller is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Nicholas J. Sanservino, Jr.

Signed: April 21, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge